(122 So. 613)

## COX v. STATE. (4 Div. 439.)

Supreme Court of Alabama. May 23, 1929.

W. C. Taylor, of Mobile, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Sim Cox for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cox v. State, 122 So. 613.

Writ denied on authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and SAYRE, THOMAS, and BOULDIN, JJ., concur.